IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VERONICA SMITH, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>RAINBOW USA, INC.,<br><br>      Defendant. | Case No. 1:17-cv-04368 |

### **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT Plaintiff Veronica Smith hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: August 1, 2017

              Respectfully submitted,

              */s/ Ryan F. Stephan*
              Ryan F. Stephan
              **STEPHAN ZOURAS LLP**
              205 N. Michigan Ave., Suite 260
              Chicago, Illinois 60601
              Telephone: (312) 233-1550

              Michael J. Palitz (pro hac vice pending)
              **SHAVITZ LAW GROUP, P.A.**
              830 3rd Avenue, 5th Floor
              New York, NY 10022
              Telephone: (800) 616-4000

              **SHAVITZ LAW GROUP, P.A.**
              Gregg I. Shavitz, Esq. (pro hac vice pending)
              (*pro hac vice* motion forthcoming)
              E-mail: gshavitz@shavitzlaw.com
              1515 S. Federal Highway, Suite 404
              Boca Raton, FL 33432

Telephone: (561) 447-8888

*Attorneys for Plaintiff and the Punitive Collective*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on August 1, 2017. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      /s/ *Ryan F. Stephan*
      Ryan F. Stephan

## SERVICE LIST
*Veronica Smith v. Rainbow USA, Inc.*
**CASE NO.: 1:17-cv-04368**
*In the United States District Court for the Northern District of Illinois*

A. Michael Weber, Esq.
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
mweber@littler.com

*Attorneys for Defendant*
Service by electronic mail